AO 440  (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____Middle_____ District of _____Alabama_____

Lajarra Jefferson
Plaintiff
V.

## SUMMONS IN A CIVIL CASE

Mobis Alabama LLC
Defendant

CASE NUMBER:  2:06cv1110-MHT

TO: (Name and address of Defendant)

Mobis Alabama, LLC
c/o The Corporation Co.
Reg. Agent 2000 Interstate Park Drive, Suite 204
Montgomery, AL 36109

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Adam M. Porter
2301 Morris Avenue, Suite 102
Birmingham, AL 35203

an answer to the complaint which is served on you with this summons, within _____20_____ days after service
of this summons on you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint.  Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

_Debra P. Hackett_

CLERK

(By) DEPUTY CLERK

DATE   12/20/06