IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| **LaJARRA JEFFERSON,** | ) |
| | ) |
|    Plaintiff, | ) |
| | )   CIVIL ACTION NO. |
| v. | )     2:06cv1110-MHT |
| | ) |
| **MOBIS ALABAMA LLC,** | ) |
| | ) |
|    Defendant. | ) |

ORDER

It is ORDERED that the motion for extension of time to file answer (doc. no. 4) is granted.

DONE, this the 9th day of January, 2007.

                                  /s/ Myron H. Thompson
                            **UNITED STATES DISTRICT JUDGE**