**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| **LAJARRA JEFFERSON** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CASE NO.: 2:06-cv-1110-MHT |
| | ) | |
| **MOBIS ALABAMA, LLC,** | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION FOR LEAVE TO FILE
RULE 26(F) REPORT OF PARTIES PLANNING MEETING
WITH TRIAL DATE DURING MARCH 31, 2008
JURY TRIAL TERM**

**COME NOW** the Parties to this action by and through their counsel of record, and move the Court for an Order granting them leave to schedule the above-styled case for trial during the jury trial to commence on March 31, 2008. In support of this Motion the Parties show unto the Court the following:

1. This Court issued its Rule 26(F) Order on January 9, 2007. The Parties are due to file their Rule 26(F) Report of Parties Planning Meeting on Monday, February 12, 2007.

2. Counsel for the Parties have conferred with regard to the Rule 26(F) Scheduling Report and agree that due to their respective trial calendars, and their obligations associated therewith, scheduling a trial date within seven (7) to ten (10) months of the Court's Rule 26(F) Order would impose very difficult scheduling demands on the parties and their counsel. Counsel agree that scheduling this case for trial during the Court's jury term to commence on March 31, 2008, would enable them to more fully and properly prepare, and would be in the best interest of the parties.

1084805

**WHEREFORE THE PREMISES CONSIDERED**, the Parties jointly move the Court for an order permitting them to file a Rule 26(F) Report of Parties Planning Meeting with a trial date of March 31, 2008, which is three (3) months outside the seven (7) to ten (10) month window specified in the Court's Order.

Respectfully submitted this the 9th day of February, 2007.

/s/Henry C. Barnett, Jr.
HENRY C. BARNETT, JR. (BAR037)

*ATTORNEY FOR THE DEFENDANTS*

**OF COUNSEL**:
CAPELL & HOWARD, P. C.
150 South Perry Street
Post Office Box 2069
Montgomery, AL  36102
Telephone:  (334) 241-8059
Facsimile:   (334) 323-8888

/s/Adam M. Porter
ADAM M PORTER (ASB-2472-P75A)

*ATTORNEY FOR THE PLAINTIFFS*

**OF COUNSEL:**
ADAM M. PORTER
2301 Morris Avenue, Suite 102
Birmingham, Alabama  35203

1084805