```
    IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

       MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


LaJARRA JEFFERSON,            )
                              )
    Plaintiff,                )
                              )         CIVIL ACTION NO.
    v.                        )          2:06cv1110-MHT
                              )
MOBIS ALABAMA LLC,            )
                              )
    Defendant.                )
```

                         ORDER

It is ORDERED that the motion for leave to file (doc. no. 8) is granted.

DONE, this the 12th day of February, 2007.


                    /s/ Myron H. Thompson
              UNITED STATES DISTRICT JUDGE