**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | |
|---|---|
| **LAJARRA JEFFERSON** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CASE NO.: 2:06-cv-1110-MHT |
| ) | |
| **MOBIS ALABAMA, LLC,** ) | |
| ) | |
| Defendant. ) | |

**JOINT STIPULATION FOR DISMISSAL**

**COME NOW** the Parties, by and through their counsel of record, and move this Court to dismiss the above-styled case with prejudice, and with each party to bear its own costs.

Respectfully submitted on this the ____ day of November, 2007.


s/ Henry C. Barnett, Jr.
HENRY C. BARNETT, JR. (BAR037)
*ATTORNEY FOR DEFENDANT*
CAPELL & HOWARD, P. C.
150 South Perry Street (36104)
Post Office Box 2069
Montgomery, AL  36102-3069
hcb@chlaw.com

s/Adam M. Porter
Adam M. Porter
Alabama State Bar 2472-P75A
Adam M. Porter
2301 Morris Avenue, Suite 102
Birmingham, Alabama  35203-4391
adamporter@earthlink.net


JSOD.doc